**ST. LOUIS HOUSING AUTHORITY, Plaintiff-Respondent,**

v.

**Shirley FREEMAN, Defendant-Appellant.**

**No. 46000.**

Missouri Court of Appeals,
Eastern District,
Division Five.

Jan. 10, 1984.

Rodney H. Powell, Legal Services of Eastern Mo., Inc., St. Louis, for defendant-appellant.

Charles L. Bussey, Jr., St. Louis, for plaintiff-respondent.

### ORDER

PER CURIAM.

This is an appeal from a judgment in favor of the plaintiff in an unlawful detain-er action. The facts and legal issues raised on this appeal are substantially identical to those decided in *St. Louis Housing Authority v. Thompson,* 657 S.W.2d 390 (Mo.App. 1983). Accordingly, no jurisprudential purpose would be served by a written opinion. The judgment of the trial court is reversed pursuant to Rule 84.16(b).

All concur.